Paddock v. Beebee.

fore the sheriff, which could be given on a trial, or could have been pleaded.

---

PADDOCK *against* BEEBEE.(a)

An affidavit of service on a clerk of the attorney, must state that the clerk was, at the time, in the office of the attorney.

A QUESTION arose as to the regularity of a service of a notice, which appeared from the affidavit to have been made on the clerk of the attorney; the court decided, that as it did not also appear, that the notice was served on the clerk, *while he was in the office,* it was therefore insufficient.(b)

---

[*118]    *THE PEOPLE, *ex relat.* ALLAIRE, *against* THE JUDGES of WEST CHESTER.(c)

If a court of common pleas, without sufficient ground, refuse to seal a bill of exceptions, it is a contempt, and this court will award a *mandamus,* to compel them to sign it.

But if the bill of exceptions tendered be untrue it is a sufficient cause to refuse a *mandamus.*

ON an affidavit that a bill of exceptions had been regularly tendered to the judges of the court of common pleas